JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPENGLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>L.A. COUNTY D.A. OFFICE,<br><br>　　　　Respondent. | Case No. CV 20-4723-DOC (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

　　IT IS HEREBY ADJUDGED that the Petition and this action are dismissed with prejudice.

DATED: June 23, 2020

　　　　　　　　　　　　　　　　*/s/ David O. Carter*
　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE